JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:   (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

*********************************************************************

WILLIAM A. DEITCHMAN, ESQUIRE - State Bar #249267
DEITCHMAN & DEITCHMAN
601 Enterprise Drive, Suite E
Diamond Springs, CA 95619
Telephone:   (530) 626-3050
Facsimile:   (530) 626-3060

Attorneys for Plaintiffs
KENNETH PRESBA and KRIS PRESBA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PRESBA and KRIS PRESBA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br>THE HOME DEPOT U.S.A., INC.; et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22−cv−01241−KJN<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES AND ORDER (FRCP 16(b)(4))**<br><br>**Trial Date: November 22, 2023** |

　　　Plaintiffs KENNETH PRESBA and KRIS PRESBA and Defendant HOME DEPOT, U.S.A., INC., through their respective counsel have met and conferred concerning discovery, settlement, mediation, and the current discovery deadlines. For the reasons set forth below, the parties jointly request a modification of the scheduling order to extend the fact and expert discovery deadlines as follows:

///

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Deadline | February 10, 2023 | March 31, 2023 |
| Plaintiffs' Expert Disclosure | February 24, 2023 | April 14, 2023 |
| Defendant's Expert Disclosure | March 24, 2023 | April 28, 2023 |
| Rebuttal Expert Disclosure | April 21, 2023 | May 9, 2023 |
| Expert Discovery Deadline | July 28, 2023 | Unchanged |
| Law and motion, except as to discovery-related matters | September 26, 2023 | Unchanged |
| Final pretrial conference | October 24, 2023 at 9 am | Unchanged |
| Jury Trial | November 22, 2023 at 9 am | Unchanged |
| Jury Selection | November 27, 2023 at 9 am | Unchanged |

The good cause for seeking the modification to the scheduling order to extend discovery and expert disclosure deadlines is as follows: the attorney at Goodman Neuman Hamilton LLP who had been handling this case, Paige Yeh, left the firm unexpectedly as of December 13, 2022. As of that date, Joshua S. Goodman undertook the handling of this case and has meet and conferred with counsel for Plaintiffs about the status of discovery, settlement and mediation. During those discussions, it became apparent that the parties desired to attempt to resolve this matter through settlement discussions and if need by through private mediation. The parties desire some additional time to explore settlement without having to undergo the time and expense of expert disclosure and discovery, including and independent medical examination of Plaintiff KENNETH PRESBA.

The parties are not seeking to modify or extend the deadline to complete expert discovery or any motion deadlines, and are not seeking to modify the dates for the Final Pre-trial Conference or jury trial. The parties believe that allowing additional time to complete fact discovery and to disclose experts will allow them to focus on settlement and will make settlement more likely by limiting the expenses both parties will incur in completing discovery and disclosing experts.

Respectfully Submitted,

**ECF CERTIFICATION**

I, Joshua S. Goodman, certify that the content of this document is acceptable to the undersigned counsel of record to affix my electronic signature hereto.

DATED: January 6, 2023                    GOODMAN NEUMAN HAMILTON LLP

By:   */s/ Joshua S. Goodman*
JOSHUA S. GOODMAN
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**ECF CERTIFICATION**

I, William A Deitchman, certify that the content of this document is acceptable to the undersigned counsel of record to affix my electronic signature hereto.

DATED: January 6, 2023                    DEITCHMAN & DEITCHMAN

By:   */s/ William A. Deitchman*
WILLIAM A. DEITCHMAN
Attorneys for Plaintiffs
KENNETH PRESBA and KRIS PRESBA

Goodman Neuman Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400

-3-
STIPULATION TO EXTEND DISCOVERY DEADLINES AND PROPOSED ORDER

# MODIFICATION TO SCHEDULING ORDER

The above STIPULATION FO EXTEND DISCOVERY DEADLINES AND PROPOSED ORDER is approved and the following deadlines are modified as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact Discovery Deadline | February 10, 2023 | March 31, 2023 |
| Plaintiffs' Expert Disclosure | February 24, 2023 | April 14, 2023 |
| Defendant's Expert Disclosure | March 24, 2023 | April 28, 2023 |
| Rebuttal Expert Disclosure | April 21, 2023 | May 9, 2023 |

IT IS SO ORDERED.

Dated: January 17, 2023

pres.1241

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Goodman Neuman Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400

-4-
STIPULATION TO EXTEND DISCOVERY DEADLINES AND PROPOSED ORDER